Submitted October 3, reversed November 19, 2014

In the Matter of R. J. H.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

R. J. H.,
*Appellant.*

Union County Circuit Court
13071753; A154873

340 P3d 142

Victoria K. Moffet filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Hadlock, Judge, and Tookey, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of an order committing him for a period not to exceed 180 days. ORS 426.130. He contends that the trial court erred in concluding that, as a result of a mental disorder, he is a danger to others. *See* ORS 426.005(1)(e). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's order should be reversed. We agree, and accept the state's concession.

Reversed.